# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| LEILA MARY, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT SOLUTIONS, LLC, | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant Credit Solutions, LLC, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 15 U.S.C. § 1692k, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after October 4, 2010, Defendant was served with Plaintiff's Complaint, a copy of which is attached hereto, in an action entitled <u>Leila Mary v. Credit Solutions, LLC,</u> filed of record with the Clerk of the Kenton District Court, Commonwealth of Kentucky, Case No. 10-C-3844.

2. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*.

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq*., as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).  Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Kenton District Court, Commonwealth of Kentucky, is removable to this Court.

4. Defendant will file its Answer to Plaintiff's Complaint with the United States District Court for the Eastern District of Kentucky.

5. Copies of all process, pleadings and orders served upon Defendant Credit Solutions, LLC in this action are attached hereto.

6. Thirty (30) days have not yet expired since receipt of Plaintiff's Complaint.

7. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by ordinary mail on this date and has also forwarded a Notice for filing with the Clerk of the Kenton District Court, Commonwealth of Kentucky, regarding this Notice of Removal.

WHEREFORE, Defendant prays that the above-captioned action now pending in the Kenton District Court, Commonwealth of Kentucky, be removed therefrom and placed on the regular docket of the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

/s/Boyd W. Gentry
Boyd W. Gentry (KY# 88625)
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place, Suite 700
Miamisburg, OH 45342
Tel.: (937) 222-2333
Fax: (937) 222-1970
bgentry@sdtlawyers.com
Trial Attorney for Defendant

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served via U.S. mail to the following on October 21, 2010:

John W. Foote, Esq.
36 West Fifth Street
Covington, KY  41011

    /s/Boyd W. Gentry
    Boyd W. Gentry (KY# 88625)
    SURDYK, DOWD & TURNER CO., L.P.A.
    One Prestige Place, Suite 700
    Miamisburg, OH 45342
    Tel.: (937) 222-2333
    Fax: (937) 222-1970
    bgentry@sdtlawyers.com
    Trial Attorney for Defendant