COMMONWEALTH OF KENTUCKY
KENTON DISTRICT COURT
CIVIL ACTION NO. 10-C-3844

1st

LEILA MARY )

Plaintiff )

vs )

CREDIT SOLUTIONS, LLC )
Serve Agent: Christopher K. Kendrick
3290 Blazer Parkway )
Suite 100
Lexington, KY 40509 )

Defendant )

FILED
KENTON CIRCUIT/DISTRICT COURT
SEP 29 2010
JOHN C. MIDDLETON
BY [signature] D.C.

## COMPLAINT

NOW COMES, the Plaintiff, Leila Merry, by and through her attorney John W. Foote, and for her Complaint against the Defendant, Credit Solutions, LLC Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (herein after the "FDCPA"), 15 U.S.C. § 1692, *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692 *et seq.*, Venue lies properly in this Court that the amount in controversy is less than $4,000.00 and the Plaintiff lives in the County of Kenton and violation of the above act occurred in Kenton County and may be brought in Courts of Kentucky.

### PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Kenton

County Kentucky.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as she is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt.

6. On information and belief, Defendant is a corporation of the State of Kentucky which is licensed to do business in Kentucky which has its principal place of business at 3290 Blazer Parkway, Suite 100, Lexington, Kentucky 40509-1847.

## COUNT I

(Violation of the Fair Debt Collection Practices Act)

7. On or about August 2, 2010, Plaintiff received a written correspondence from representatives of Defendant, including but not limited to June Logan, Collection Manager in regard to collection of the aforementioned alleged debt. That the debt was owed to St. Luke Hospital in the amount of $184.20.

8. On or about August 11, 2010 Plaintiff sent correspondence to the Defendant pursuant to the above act requesting validation of the debt. This written notice was sent by certified mail, receipt requested see Exhibit A. The written request was received by the Defendant on August 13 and signed for by an agent/employee of the Defendant according to the receipt returned.

9. Defendant never provided Plaintiff with the written notice validation which is required to be given by 15 U.S.C. § 1692g within 30 days or as of the date of institution of this suit.

10. In its attempt to collect the aforementioned alleged debt, Defendant violated the FDCPA in one or more of the following ways:

Using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt, in violation of 15 U.S.C. § 1692e(10);

Failing to send the written notice to Plaintiff which is required by 15 U.S.C. § 1692g(a);

Participating in collection activities which overshadowed and/or were inconsistent with Plaintiff's right to dispute the debt or to request the name and address of the original creditor, in violation of 15 U.S.C. § 1692g(b); and

By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

11. As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continue to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff Leila Merry respectfully prays for a judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for each violation of the FDCPA;

c. All reasonable attorneys' fees, witness fees, courts costs and other litigation costs incurred by Plaintiff; and

d. Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,

John W. Foote (KBA#02770)
36 West Fifth Street
Covington, KY 41011
Attorney for Plaintiff
859-655-3001
859-655-3004 (fax)

E/A

8/10/10

To whom it may concern:

    That pursuit to my rights to the FDCA, I am requesting my rights to validation of debt. I will also be requesting date of service, account number, clients name and account number as well as the amount owed.

Sincerely,

Lela M Merry

*Lela M Merry* (signature)



DNCSOL01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

# Credit Solutions, LLC
*Bringing dignity to collections*

August 2, 2010

437015-01    374830236

Leila Merry
3908 Lori Dr Apt S
Erlanger KY 41018-1545

Please mail all correspondence to:
Credit Solutions, LLC
PO Box 24710
Lexington KY 40524-4710

Account #: 437015
Amount Due: $184.20

***Please detach and return with your payment***

| Acct # | Client | Amount | Total |
|---|---|---|---|
| 934933 | St Luke Hospital West | 184.20 | 184.20 |

Dear Leila Merry,

The above referenced account(s) have been placed with us by our client(s) in the amount of $184.20 for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgement or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

CREDIT SOLUTIONS, LLC IS A COLLECTION AGENCY LICENSED BY THE COLLECTION SERVICE BOARD OF THE DEPARTMENT OF COMMERCE AND INSURANCE IN THE STATE OF TENNESSEE.

North Carolina permit # 4506

Sincerely,

June Logan, Collection Manager

3DNCSOL0101



MEMBER
ACA
The Association of Credit and Collection Professionals

Monday through Thursday 8AM to 8PM, Friday 8AM to 5PM
Credit Solutions, LLC • 3290 Blazer Pkwy Ste 100 • Lexington KY 40509-1847 • (877) 265-1485



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit Solutions LLC
Po Box 24710
Lexington Ky 40524-4710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Zach Benge

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0780 0002 2682 3754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** and filed in the Clerk's Office within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____9/29_____, 20_10_       _John C Middleton_____ Clerk
                                   By: ___do_____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                              Served by: _____
                                         _____Title