UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 10-238-DLB-CJS

LELA MERRY                                                                                       PLAINTIFF

VS.                                            **JUDGMENT**

CREDIT SOLUTIONS, LLC                                                            DEFENDANT

\* \* \* \* \* \* \* \*

Pursuant to the Order Adopting Report and Recommendation filed concurrently herewith, and the Court being otherwise sufficiently advised, **IT IS ORDERED AND ADJUDGED** that:

1. Judgment is hereby **GRANTED** for the Defendant, and this matter is hereby **DISMISSED WITH PREJUDICE**;

2. This matter is hereby **STRICKEN** from the active docket of the Court, and

3. This is a **FINAL** and **APPEALABLE** Order.

This 30th day of March, 2011.



Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\Cov10\10-238 Judgment.wpd